(March 8, 1906.)

## THE NATIONAL BANK OF THE REPUBLIC, Respondent, v. JAMES D. AGNEW, Appellant.

[85 Pac. 116.]

APPEAL—DISMISSED ON MOTION WHEN.

1. A motion to dismiss an appeal will be sustained when it is shown that counsel for appellant has been served with such notice and fails to appear and resist such motion, unless it appears to the court that appellant is not guilty of laches.

(Syllabus by the court.)

APPEAL from the District Court of the Third Judicial District for Ada County. Hon. George H. Stewart, Judge.

Plaintiff secured judgment and defendant appealed. Motion to dismiss for want of prosecution sustained.

S. H. Hays, for Respondent.

No appearance in this court for Appellant.

STOCKSLAGER, C. J.—Respondent moves to dismiss the appeal taken from a judgment rendered in the district court of Ada county on the eighth day of March, 1905. It is shown that counsel for appellant was notified to appear in this court and show cause why such motion should not be sustained;

and there being no appearance on behalf of appellant, the motion will be sustained, and it is so ordered. Costs to respondent.

Ailshie, J., and Sullivan, J., concur.